John P. Barry
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 17102
T: 973.274.6081
F: 973.274.3299
E:jbarry@proskauer.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
MARQUEZ & BENGOCHEA, M.D., P.A.,   :   CASE NO.: 2:12-cv-00652
:   (JLL) (MAH)
           Plaintiff,   :
  vs.   :   ECF CASE
:
SANOFI PASTEUR INC.,   :
:   **NOTICE OF APPEARANCE**
           Defendant.   :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all Counsel of Record:

    Please enter my appearance as counsel in this case on behalf of Defendant SANOFI PASTEUR INC. I certify that I am admitted to practice in this Court.

Dated: May 3, 2012
       Newark, New Jersey

                                    Respectfully submitted,

                                    PROSKAUER ROSE LLP

                                    By: /s/ John P. Barry
                                        John P. Barry
                                        One Newark Center
                                        Newark, New Jersey 17102
                                        Telephone: 973.274.6081
                                        Facsimile: 973.274.3299
                                        jbarry@proskauer.com
                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, I served via the Court's Electronic Filing System a copy of Notice of Appearance.

Dated:  May 3, 2012

By: /s/ John P. Barry
John P. Barry
One Newark Center
Newark, New Jersey 17102
Telephone: 973.274.6081
Facsimile: 973.274.3299
jbarry@proskauer.com
*Attorney for Defendant*