Ryan P. Blaney
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW, Suite 400 South
Washington, D.C. 20004
T: (202) 416-5844
F: (202) 416-6899
E: rblaney@proskauer.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :

MARQUEZ & BENGOCHEA, M.D., P.A.,    :   CASE NO.: 2:12-cv-00652
                                             :   (JLL) (MAH)
               Plaintiff,                :
    vs.                                     :   <u>ECF CASE</u>
                                             :
SANOFI PASTEUR INC.,                 :
                                             :   **NOTICE OF APPEARANCE**
              Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

To the Clerk of this Court and all Counsel of Record:

     Please enter my appearance as counsel in this case on behalf of Defendant SANOFI PASTEUR INC. I certify that I am admitted to practice in this Court.

Dated: May 3, 2012
       Washington, D.C.

                                            Respectfully submitted,

                                            PROSKAUER ROSE LLP

                                            By: <u>/s/ Ryan P. Blaney</u>
                                                Ryan P. Blaney
                                                1001 Pennsylvania Ave. NW
                                                Suite 400 South
                                                Washington, D.C. 20004
                                                T: (202) 416-5844
                                                F: (202) 416-6899
                                                E: rblaney@proskauer.com
                                                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2012, I served via the Court's Electronic Filing System a copy of Notice of Appearance.

Dated:  May 3, 2012

By: /s/ Ryan P. Blaney
Ryan P. Blaney
1001 Pennsylvania Ave. NW
Suite 400 South
Washington, D.C. 20004
T: (202) 416-5844
F: (202) 416-6899
E: rblaney@proskauer.com
*Attorney for Defendant*