Ryan P. Blaney
PROSKAUER ROSE LLP
1001 Pennsylvania Ave. NW, Suite 400 South
Washington, D.C. 20004
T: (202) 416-5844
F: (202) 416-6899
E: rblaney@proskauer.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:
MARQUEZ & BENGOCHEA, M.D., P.A.,   :   CASE NO.:  2:12-cv-00652
:   (JLL) (MAH)
Plaintiff,   :
vs.   :   ECF CASE
:
SANOFI PASTEUR INC.,   :
:   **RULE 7.1 DISCLOSURE FOR**
Defendant.   :   **DEFENDANT SANOFI PASTEUR**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant SANOFI PASTEUR INC. certifies as follows:

Sanofi Pasteur Inc. is a subsidiary of Life Sciences Holdings, Inc, which owns all of Sanofi Pasteur Inc.'s preferred and class A stock and 98% of its class B stock.  Sanofi Pasteur Participations owns the remaining 2% of Sanofi Pasteur's class B stock.  Life Sciences Holdings, Inc. is a wholly-owned subsidiary of 691526 Ontario, Inc., which is a wholly-owned subsidiary of Sanofi Pasteur Ltd, which is a wholly-owned subsidiary of Merieux Canada Holdings Ltd, which is a wholly owned subsidiary of Sanofi Pasteur Participations, which is a wholly-owned subsidiary of Sanofi, which is a publicly held company.  Sanofi is the only publicly traded company that directly or indirectly holds 10 percent or more of the stock of Sanofi Pasteur Inc.

1

Dated: May 3, 2012
      Washington, D.C.

                                      Respectfully submitted,

                                      PROSKAUER ROSE LLP

                                      By: <u>/s/ Ryan P. Blaney</u>
                                          Ryan P. Blaney
                                          1001 Pennsylvania Ave. NW
                                          Suite 400 South
                                          Washington, D.C. 20004
                                          T: (202) 416-5844
                                          F: (202) 416-6899
                                          E: rblaney@proskauer.com
                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2012, I served via the Court's Electronic Filing System a copy of Sanofi's Rule 7.1 Disclosure.

Dated:  May 3, 2012

By: /s/ Ryan P. Blaney
Ryan P. Blaney
1001 Pennsylvania Ave. NW
Suite 400 South
Washington, D.C. 20004
T: (202) 416-5844
F: (202) 416-6899
E: rblaney@proskauer.com
*Attorney for Defendant*